IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NORTH BAY ELECTRONICS,
INC.,

      Appellant,

v.

INTEGRITY OF TAMPA BAY,
LLC,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2752

_____/

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Charles W. Gerdes and Brandon S. Vesely, of Keane, Reese, Vesely & Gerdes,
P.A., St. Petersburg, for Appellant.

Ginger Barry Boyd, of Broad and Cassel, Destin, and Kenneth G. M. Mather, of
Gunster, Yoakley & Stewart, P.A., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.